UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

DOUGLAS W. ARNOLD, JR.,

    Petitioner,

v.　　　　　　　　　　　　　　　　　　　　No. 5:23-CV-00152-H

TARRANT COUNTY SHERIFF,

    Respondent.

## JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that this petition for writ of habeas corpus is dismissed without prejudice.

Dated October 4, 2023.

_____
JAMES WESLEY HENDRIX
United States District Judge